United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT DENNIS FRYE,

Petitioner,

vs.

ROBERT L. AYERS, Warden,

Respondent.

_______________________________/

No. C 09-0093 WHA (PR)

**ORDER DENYING RECONSIDERATION**

**(Docket Nos. 5, 6)**

This pro se habeas action was filed on January 9, 2009. The petition was dismissed without prejudice on March 4, 2009 because petitioner had neither paid the filing fee nor applied for leave to proceed in forma pauperis. Petitioner has filed two post-judgment motions in which he claims that the dismissal was erroneous. He attaches a trust account statement indicating that a $5.00 "filing fee" was deducted from his prison trust account on January 14, 2009. The trust account statement does not say where this filing fee was sent, and petitioner submits no evidence that the fee was sent to this court. The court did not receive any payment from petitioner. Consequently, the dismissal was not in error.

In his motions, petitioner requests that he be given permission to file his habeas petition again. As the dismissal was without prejudice, petitioner may re-file his petition in this court in a new action. In his new case, petitioner must either pay the filing fee or apply for leave to

United States District Court
For the Northern District of California

proceed in forma pauperis. Petitioner's motions for reconsideration are **DENIED**, and his request to file his habeas petition in a new action in this court is **GRANTED**.

This order terminates docket numbers 5 and 6.

**IT IS SO ORDERED.**

Dated: September 15, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\FRYE0093.mot.wpd